```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA,                                         :
                                                                  :
                -v-                                               :      19-CR-131 (PAE)
                                                                  :
CARL ANDREWS,                                                     :      ORDER
GERALDINE FAUSTIN,                                                :
JUSTIN RIVERA, and                                                :
DWAYNE ANTHONY CONLEY                                             :
                                                                  :
                        Defendants.                               :
                                                                  :
------------------------------------------------------------------ X
```

PAUL A. ENGELMAYER, United States District Judge:

For the reasons stated on the record, the Court today resolved some of the motions *in limine* relating to the upcoming trial of defendant Andrews, while finding others moot in light of the guilty plea yesterday of co-defendant Lorenzo Randall and deferring resolution of others. The Court also set the following schedule:

- For defendant Andrews's motion to offer evidence under FRE Rule 412(b):
    - Andrews's brief is due on February 13, 2020;
    - Government's opposition is due February 20, 2020;
- For the defense motion challenging the admissibility of expert testimony by Dr. Chitra Raghavan at both trials:
    - Joint defense brief for defendants Andrews, Rivera, and Conley is due on February 13, 2020;
    - Government's opposition is due on February 20, 2020;
- For the trial of defendant Andrews, proposed voir dire and requests to charge from both Andrews and the Government are due on February 24, 2020;
- For the trial of defendants Rivera and Conley, proposed voir dire and requests to charge from the defendants and the Government are due April 13, 2020;

- The next conference, during which the Court will take up the FRE 412 issue (as to Andrews) and the expert testimony issue (as to both trials), is set for February 25, 2020, at 2:30 p.m. in Courtroom 1305.

At today's conference, the Court also excluded time, pursuant to 18 U.S.C. § 3161(h)(7)(A), until March 9, 2020, for defendant Andrews, and until April 27, 2020, for defendants Rivera, Conley, and Faustin, finding that the interests of justice outweigh the interests of the public and the defense in a speedy trial.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: January 29, 2020
New York, New York