UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

CARL ANDREWS, DWAYNE ANTHONY CONLEY, and JUSTIN RIVERA

Defendants.

19-CR-131 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

A pretrial conference in this case is scheduled for Tuesday, February 25, 2020, at which, *inter alia*, the Court will take up defendants' *Daubert* challenge to the anticipated trial testimony of Government witness Dr. Chitra Raghavan. For counsels' planning purposes, and so as to avoid unnecessary preparation, the Court hereby notifies counsel that its intention is to issue a bench ruling tomorrow with respect to this motion on the basis of counsels' written submissions, without the need for testimony or argument. The bench ruling will deny defendants' motion to preclude Dr. Raghavan's testimony.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: February 24, 2020
New York, New York