UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

JUSTIN RIVERA and
DWAYNE ANTHONY CONLEY,

                    Defendants.

19 Cr. 131 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

      Trial in this case is presently scheduled for April 27, 2020. The Court recently contacted counsel for all parties about the prospect of moving the trial date to June 15, 2020, in recognition of the present public health emergency in New York City. In response, counsel wisely recommend instead that a conference be held on April 27, 2020, to take stock of the then-pending circumstances and to then set a trial date, or other schedule, that is reasonable in light of those circumstances. The Court agrees with that approach. The Court accordingly schedules a next conference in this case for April 27, 2020, at 9:30 a.m. All intermediate dates and deadlines are adjourned. For avoidance of doubt, time is excluded until April 27, 2020, pursuant to section 3161(h)(7)(A) of the Speedy Trial Act, pursuant to the prior order in this case excluding time, pursuant to Chief Judge McMahon's standing order excluding time until that date, and pursuant to this Court's current finding that the interests of justice, particularly in enabling counsel to adapt to the challenges presented by the public health crisis, justify the exclusion.

      The Court wishes all counsel, and the defendants, and their families, well at this trying time.

SO ORDERED.

_Paul A. Engelmayer_
PAUL A. ENGELMAYER
United States District Judge

Dated: March 18, 2020
 New York, New York