UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

CARL ANDREWS, JUSTIN RIVERA and
DWAYNE ANTHONY CONLEY,

Defendants.

19 Cr. 131 (PAE)

SCHEDULING ORDER

PAUL A. ENGELMAYER, District Judge:

A status conference in this case is scheduled for April 27, 2020 at 9:30 a.m. This conference will be held telephonically. The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key. Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: April 24, 2020
       New York, New York