UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                 -v-

JUSTIN RIVERA

                  Defendant.

19 Cr. 131 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court is in receipt of the Government's May 22, 2020 opposition, Dkt. 392, to Justin Rivera's April 24, 2020 motion to compel a bill of particulars, Dkt. 312. Counsel for Rivera is directed to file a reply by June 5, 2020. The reply should identify at the outset the extent to which the parties' discussions have resulted in a narrowing of their disputes over particulars.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: May 26, 2020
       New York, New York