UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

JUSTIN RIVERA,

Defendant.

19-CR-131-02 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

At a conference held June 24, 2020, the Court granted defendant Rivera's motion to relieve Susan Walsh, Esq., and Lisa Scolari, Esq., upon the appointment of successor CJA counsel. The Court today appoints Anthony Cecutti, Esq. to represent Mr. Rivera, forthwith, and accordingly relieves Ms. Walsh and Ms. Scolari. The Court requests that outgoing counsel promptly contact Mr. Cecutti to arrange for the seamless transition of case materials.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: July 14, 2020
       New York, New York