UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                          :

UNITED STATES OF AMERICA,                     :

                -v-                              :                    19-CR-131 (PAE)

JUSTIN RIVERA &amp;                            :                    SCHEDULING ORDER
DWAYNE ANTHONY CONLEY

                     Defendants.              :

------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

       The Court schedules a telephonic conference in this case for **August 20, 2020** at **10:00 a.m.** The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer. To access the conference, the parties should call 888-363-4749 and use access code 468-4906.

       SO ORDERED.

Dated: August 17, 2020
       New York, New York

                                                     *Paul A. Engelmayer*
                                               PAUL A. ENGELMAYER
                                               United States District Judge