UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>JUSTIN RIVERA, and<br>DWAYNE ANTHONY CONLEY<br><br>Defendants. | 19-CR-131 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court hereby notifies counsel that trial in this case has been scheduled to commence on Monday, November 9, 2020.  This date is one on which counsel have previously advised the Court they are available.  **This is a firm trial date**.  Because the date has been set in conjunction with the setting of other jury trial dates during the fourth quarter of 2020, and because the District's capacity to host jury trials is limited by current safety protocols, this date cannot be readily moved.  The Court intends to schedule a next telephonic conference in this case for the week of Monday, September 14 ,2020, and has solicited counsels' availability during that week.  At that conference, the Court will be prepared to take up with counsel issues relating to trial administration as affected by pandemic safety protocols, including relating to counsels' pretrial access to their clients.

SO ORDERED.

                                                                                               *Paul A. Engelmayer*
                                                                        PAUL A. ENGELMAYER
                                                                      United States District Judge

Dated: September 3, 2020
       New York, New York