```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                         :
UNITED STATES OF AMERICA,                                :
                                                         :
              -v-                                        :   19-CR-131 (PAE)
                                                         :
JUSTIN RIVERA, and                                       :   SCHEDULING ORDER
                                                         :
DWAYNE ANTHONY CONLEY                                    :
                                                         :
              Defendants.                                :
                                                         :
------------------------------------------------------------------------X
```

PAUL A. ENGELMAYER, District Judge:

The Court schedules a telephonic conference in this case for **September 16, 2020** at **10:30 a.m.** The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer.  To access the conference, the parties should call 888-363-4749 and use access code 468-4906.

SO ORDERED.

Dated:  September 10, 2020
        New York, New York

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge