UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
UNITED STATES OF AMERICA,                                               :
                                                                        :
                -v-                                                     :     19-CR-131 (PAE)
                                                                        :
JUSTIN RIVERA, and,                                                     :     SCHEDULING ORDER
DWAYNE ANTHONY CONLEY,                                                  :
                                                                        :
                Defendants.                                             :
                                                                        :
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

      The Court schedules a telephonic conference in this case for **October 5, 2020** at **12:00 p.m.** This conference is in addition to the conference scheduled for October 2, 2020. The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer. To access the conference, the parties should call 888-363-4749 and use access code 468-4906.

      SO ORDERED.

Dated: September 30, 2020
       New York, New York

                                                PAUL A. ENGELMAYER
                                                United States District Judge