UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                                     :

UNITED STATES OF AMERICA,                   :

              -v-                                        :           19-CR-131 (PAE)

JUSTIN RIVERA, and,                          :           <u>SCHEDULING ORDER</u>
DWAYNE ANTHONY CONLEY              :

                     Defendants.          :

------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

       The Court schedules a telephonic conference in this case for **October 16, 2020** at **10:30 a.m.** The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer.  To access the conference, the parties should call 888-363-4749 and use access code 468-4906.

       SO ORDERED.

Dated: October 8, 2020
       New York, New York

                                                        PAUL A. ENGELMAYER
                                                        United States District Judge