```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
UNITED STATES OF AMERICA,                                               :
                                                                        :
             -v-                                                        :    19-CR-131 (PAE)
                                                                        :
JUSTIN RIVERA, and,                                                     :    SCHEDULING ORDER
DWAYNE ANTHONY CONLEY                                                   :
                                                                        :
                             Defendants.                                :
                                                                        :
------------------------------------------------------------------------X
```

PAUL A. ENGELMAYER, District Judge:

The Court schedules a telephonic conference in this case for **October 21, 2020** at **12:00 p.m.** The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer.  To access the conference, the parties should call 888-363-4749 and use access code 468-4906.

SO ORDERED.

Dated: October 15, 2020
       New York, New York

_____
PAUL A. ENGELMAYER
United States District Judge