UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                              :
UNITED STATES OF AMERICA,                                     :
                                                              :
                -v-                                           :         19-CR-131 (PAE)
                                                              :
JUSTIN RIVERA, and,                                           :         SCHEDULING ORDER
DWAYNE ANTHONY CONLEY                                         :
                                                              :
                Defendants.                                   :
                                                              :
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

The Court schedules a telephonic conference in this case for **November 9, 2020** at **12:00 p.m.** The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer.  To access the conference, the parties should call 888-363-4749 and use access code 468-4906.

        SO ORDERED.

Dated: November 4, 2020
       New York, New York                         _____
                                                          PAUL A. ENGELMAYER
                                                          United States District Judge