UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                           :
UNITED STATES OF AMERICA,                     :
                                                           :
          -v-                                    :               19-CR-131 (PAE)
                                                           :
JUSTIN RIVERA, and,                            :               <u>SCHEDULING ORDER</u>
DWAYNE ANTHONY CONLEY
                                                           :
                        Defendants.         :
                                                           :
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, United States District Judge:

       For the reasons stated on the record at today's conference, the Court hereby sets the following schedule and deadlines:

- The Government is to produce 3500 material as to victim witnesses on **December 14, 2020** and as to all other witnesses on **December 21, 2020**.
- Pretrial motions by each side are due on **January 4, 2021**.  Oppositions to any such motions are due **January 12, 2021.**

     The above schedule presupposes a trial date of January 25, 2021.  In the event that trial is durably scheduled for a later date, the Court will entertain an application modify this schedule.

      SO ORDERED.

Dated: November 9, 2020
         New York, New York

                                            PAUL A. ENGELMAYER
                                            United States District Judge