UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                            :
:
        -v-                                       :      19-CR-131 (PAE)
:
JUSTIN RIVERA, and,                                  :      SCHEDULING ORDER
DWAYNE ANTHONY CONLEY                                :
:
                     Defendant.             :
:
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

       The Court schedules a telephonic conference in this case for **November 18, 2020** at **12:00 p.m.** The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer.  To access the conference, the parties should call 888-363-4749 and use access code 468-4906.

       SO ORDERED.

Dated:  November 12, 2020
            New York, New York

                                                  PAUL A. ENGELMAYER
                                                  United States District Judge