```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                        :
UNITED STATES OF AMERICA,                               :
                                                        :
            -v-                                         :         19-CR-131 (PAE)
                                                        :
JUSTIN RIVERA, and,                                     :         SCHEDULING ORDER
DWAYNE ANTHONY CONLEY                                   :
                                                        :
            Defendants.                                 :
                                                        :
------------------------------------------------------------------------X
```

PAUL A. ENGELMAYER, District Judge:

The Court schedules a telephonic conference in this case for **November 23, 2020** at **12:00 p.m.** The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer.  To access the conference, the parties should call 888-363-4749 and use access code 468-4906.

SO ORDERED.

*Paul A. Engelmayer* (signature)

Dated: November 18, 2020
      New York, New York

PAUL A. ENGELMAYER
United States District Judge