UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

JUSTIN RIVERA and
DWAYNE ANTHONY CONLEY,

                      Defendants.

19-CR-131 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has been notified that trial in this case has been scheduled to begin on Tuesday, **February 16, 2021**. The Court accordingly sets the following deadlines, which are consistent with those the Court had agreed to set on the assumption of a February 16 trial date:

- The Government is to produce 3500 material as to victim witnesses on **January 4, 2021**, and as to all other testifying witnesses on **January 11, 2021**.

- The Government is to produce statements of non-testifying witnesses on **January 19, 2021**.

- Pretrial motions by each side are due on **January 19, 2021**. Oppositions to any such motions are due on **February 1, 2021**.

SO ORDERED.

                                                    *Paul A. Engelmayer*
                                                    PAUL A. ENGELMAYER
                                                    United States District Judge

Dated: December 9, 2020
      New York, New York