UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                :
UNITED STATES OF AMERICA,                      :
                                                :
           -v-                               :        19-CR-131 (PAE)
                                                :
JUSTIN RIVERA, and,                           :       <u>SCHEDULING ORDER</u>
DWAYNE ANTHONY CONLEY                :
                                                :
                Defendants.                  :
                                                :
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

       The Court schedules a telephonic conference in this case for **December 21, 2020** at **10:30 a.m.** The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer.  To access the conference, the parties should call 888-363-4749 and use access code 468-4906.

       SO ORDERED.

                                                           *Paul A. Engelmayer*
                                                      PAUL A. ENGELMAYER
Dated: December 15, 2020                    United States District Judge
         New York, New York