UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                           :
                                                    :
           -v-                                      :        19-CR-131 (PAE)
                                                    :
JUSTIN RIVERA, and                                  :        SCHEDULING ORDER
DWAYNE ANTHONY CONLEY,                              :
                                                    :
                        Defendants.                 :
                                                    X
------------------------------------------------------------------------

PAUL A. ENGELMAYER, District Judge:

The Court schedules a telephonic conference in this case for **January 4, 2021** at **10:30 a.m.** The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer. To access the conference, the parties should call 888-363-4749 and use access code 468-4906.

SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　PAUL A. ENGELMAYER
　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated: December 29, 2020
　　　　　New York, New York