UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

JUSTIN RIVERA, and,
DWAYNE ANTHONY CONLEY

                                    Defendants.

---

19-CR-131 (PAE)

ORDER

**PAUL A. ENGELMAYER, District Judge:**

At today's pretrial conference, the Court reviewed in detail with counsel issues relating to the discovery of voluminous prison audiotapes and emails of defendants Conley and Rivera and numerous co-defendants, spanning the 18-month period between June 2019 and December 2020. The Court instructed the Government to continue its expedited review, transcription and production of these materials. The Court maintained, for the time being, the current trial date of February 16, 2021, subject to reassessment, including after defense counsel have had an opportunity to take stock of the new discovery materials. The Court directed counsel to supply the Court forthwith with draft orders with respect to the defendants' access to laptop computers at the MCC and to the defendants' access by video-conference to their counsel. The Court, finally, directed the Government, by Friday, January 15, 2021, to submit a letter reporting on its investigation as to how the discovery lapse disclosed by the Government in its letter of December 31, 2020 (Dkt. No. 367) came about.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: January 4, 2021
New York, New York