UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA,                                         :
                                                                  :
            -v-                                                   :            19-CR-131 (PAE)
                                                                  :
JUSTIN RIVERA, and,                                               :            SCHEDULING ORDER
DWAYNE ANTHONY CONLEY                                             :
                                                                  :
                        Defendants.                               :
                                                                  :
------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

        The Court schedules a telephonic conference in this case for **January 11, 2021** at **10:30**

**a.m.** The parties are to consult the Court's Emergency Individual Rules and Practices in Light of

COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer.  To access the

conference, the parties should call 888-363-4749 and use access code 468-4906.


        SO ORDERED.

                                                    _____
                                                          PAUL A. ENGELMAYER
Dated: January 6, 2021                                  United States District Judge
        New York, New York