UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | 19 Cr. 131 (PAE) |
| JUSTIN RIVERA, and DWAYNE ANTHONY CONLEY, | ORDER |
| Defendants. | |

PAUL A. ENGELMAYER, District Judge:

The Court acknowledges receipt of the January 15, 2021 letter from Associate United States Attorney John M. McEnany, reporting on the Government's investigation into the prison recordings and emails discovered in late December 2020. See Dkt. 662. The Court thanks the Government for its prompt inquiry and thorough report. The Court is persuaded by the report's account and explanation and does not require further inquiry into these events.

The report underscores the need for improved education of investigative agents as to the scope of the Government's discovery and disclosure obligations, and for the systematic tracking of material collected by investigative agents. The Court expects that the Government will attend to these correctives with urgency.

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: January 18, 2021
       New York, New York