UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      -v-<br><br>JUSTIN RIVERA,<br><br>                                      Defendant. | 19-CR-131-02 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court has received a bail application from defendant Dwayne Anthony Conley (Dkt. No. 667).  The Court directs the Government to file its response by the close of business on Friday, **January 22, 2021.**

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: January 19, 2021
       New York, New York