UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                       :
:
      -v-                                  :       19-CR-131 (PAE)
:
JUSTIN RIVERA, and,                             :       SCHEDULING ORDER
DWAYNE ANTHONY CONLEY                           :
:
               Defendants.                :
:
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

      The Court schedules a telephonic conference in this case for **January 27, 2021** at **10:30 a.m.** The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer. To access the conference, the parties should call 888-363-4749 and use access code 468-4906.

      SO ORDERED.

                                                             PAUL A. ENGELMAYER
Dated: January 20, 2021                        United States District Judge
       New York, New York