```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                        :
UNITED STATES OF AMERICA,                               :
                                                        :
            -v-                                         :     19-CR-131 (PAE)
                                                        :
JUSTIN RIVERA, and,                                     :     ORDER
DWAYNE ANTHONY CONLEY                                   :
                                                        :
            Defendants.                                 :
                                                        :
------------------------------------------------------------------------X
```

PAUL A. ENGELMAYER, District Judge:

      The Court has received applications for release on conditions of bail from both defendant Justin Rivera and defendant Dwayne Anthony Conley, who are scheduled to commence trial on June 1, 2021. Because Rivera came into federal custody on a writ from state custody and because Conley consented to pretrial detention, the District's Pretrial Services Office to date has not prepared a pretrial services report for either defendant. The Court would benefit from such reports, and asks that such be furnished to the Court and counsel by Monday, February 1, 2021. The Court does not invite submissions from counsel in response to these reports, but will do so if the Court determines that a response is warranted. The Court directs the Government forthwith to furnish Pretrial Services with a copy of this order.

      SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: January 25, 2021
      New York, New York