```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
UNITED STATES OF AMERICA,                                               :
                                                                        :
            -v-                                                         :    19-CR-131 (PAE)
                                                                        :
JUSTIN RIVERA, and,                                                     :    SCHEDULING ORDER
DWAYNE ANTHONY CONLEY                                                   :
                                                                        :
                        Defendants.                                     :
                                                                        :
------------------------------------------------------------------------X
```

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record at today's conference, the Court set **February 3, 2021** as the deadline for defendants to file reply letters in further support of their applications for release on bond, and set the same deadline for defendant Rivera to respond to the Government's letter with respect to his access, within his prison cell, to a laptop.

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: January 27, 2021
       New York, New York