UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                               :
                                                                        :
        -v-                    :     19-CR-131 (PAE)
                                                                        :
JUSTIN RIVERA, and,                                                     :     SCHEDULING ORDER
DWAYNE ANTHONY CONLEY                                                   :
                                                                        :
        Defendants.          :
                                                                        :
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

       The Court schedules a telephonic conference in this case for **February 8, 2021** at **10:30 a.m.** The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer.  To access the conference, the parties should call 888-363-4749 and use access code 468-4906.

       SO ORDERED.

                                                   *Paul A. Engelmayer*
Dated: February 2, 2021                        PAUL A. ENGELMAYER
       New York, New York            United States District Judge