UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>JUSTIN RIVERA and<br>DWAYNE ANTHONY CONLEY<br><br>Defendants. | 19-CR-131 (PAE)<br><br>ORDER ON MOTIONS |

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record at today's conference, the Court resolved the motions pending at Dkt. Nos. 664, 667 and 673. The Court denied the defendants' respective applications for release pursuant to 18 U.S.C. § 3142(i) and the Government's application to modify the Court's order authorizing Rivera to access a laptop in his cell at the MCC. The Clerk of Court is respectfully requested to terminate these motions.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: February 8, 2021
       New York, New York