UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA, :
:
    -v- : 19-CR-131 (PAE)
:
JUSTIN RIVERA, and, : <u>SCHEDULING ORDER</u>
DWAYNE ANTHONY CONLEY :
:
    Defendants. :
:
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

    The Court schedules a telephonic conference in this case for **February 22, 2021** at **12:00 p.m.** The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer. To access the conference, the parties should call 888-363-4749 and use access code 468-4906.

    SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: February 17, 2021
       New York, New York