UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
    :
UNITED STATES OF AMERICA,    :
    :
    -v-    :    19-CR-131 (PAE)
    :
JUSTIN RIVERA and DWAYNE ANTHONY    :    <u>ORDER</u>
CONLEY,    :
    :
                Defendants.    :
    :
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

        The case has been assigned a trial date of June 2, 2021. The Court expects to sit five days a week during this trial. Counsel are instructed to plan accordingly.

        SO ORDERED.

Dated: March 1, 2021
       New York, New York

                                                                     PAUL A. ENGELMAYER
                                                                       United States District Judge