**QUIJANO, ENNIS & SIDERIS**
ATTORNEYS AT LAW
40 FULTON STREET
FLOOR 23
NEW YORK, NEW YORK 10038

TELEPHONE: (212) 686-0666
FAX: (212) 686-8690

**Peter Enrique Quijano**
**Nancy Lee Ennis**
**Anna N. Sideris**

March 4, 2021

**By ECF and Email**
Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re: U.S. v. Justin Rivera,
19 Cr. 131 (PAE)

Dear Judge Engelmayer:

    We respectfully write to request that the Court order the MCC to continue providing Justin Rivera with 10 hours of weekly video teleconference (VTC) through and including the week beginning on Monday, March 29, 2021. We have conferred with the government and understand that it has no objection to this request.

    As the Court is aware, the original order, dated January 6, 2021, concerning Mr. Rivera's weekly VTC's expired on February 19, 2021. The VTC's have been extremely valuable for Mr. Rivera to consult, review voluminous discovery, and continue preparing his defense with his legal team. Your Honor's attention to and consideration of this request are, as always, greatly appreciated.

Respectfully submitted,
/s/
Anna Sideris
Anthony Cecutti
Jennifer R. Louis-Jeune
*Attorneys for Justin Rivera*

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 715.

3/4/2021

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge