**QUIJANO, ENNIS & SIDERIS**
ATTORNEYS AT LAW
40 FULTON STREET
FLOOR 23
NEW YORK, NEW YORK 10038

TELEPHONE: (212) 686-0666
FAX: (212) 686-8690

**Peter Enrique Quijano**
**Nancy Lee Ennis**
**Anna N. Sideris**

April 6, 2021

**By ECF and Email**
Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

                        Re: U.S. v. Justin Rivera,
                              19 Cr. 131 (PAE)

Dear Judge Engelmayer:

      We respectfully write to request that the Court order the MCC to continue providing Justin Rivera with 10 hours of weekly video teleconference (VTC) through and including the week beginning on April 26, 2021. We have conferred with the government and it takes no position with regard to this request. We also conferred with Nicole McFarland and understand that the MCC opposes this request.

      As the Court is aware, the Court's Order, dated March 4, 2021, concerning Mr. Rivera's weekly VTC's expired on March 30, 2021. The MCC informed counsel that without an Order, we will not be provided the regularly scheduled VTC's. The VTC's have been extremely valuable and necessary for Mr. Rivera to consult, review voluminous discovery, and continue preparing his defense with his legal team. The 10 hours of weekly VTC's are even more necessary now that Mr. Rivera's trial is approaching. While in-person visiting has resumed at the MCC, it is our understanding that in-person legal visits are limited to only one hour, and there are no in-person legal visits in the evenings or at any time on the weekends. Additionally, while Mr. Rivera's legal team is in the process of getting vaccinated, his entire team is not yet fully vaccinated. Your Honor's attention to and consideration of this request are, as always, greatly appreciated.

                                                                     Respectfully submitted,
                                                                       /s/
**GRANTED.** The Clerk of Court is requested to                 Anna Sideris
terminate the motion at Dkt. No. 735.                             Anthony Cecutti
                         4/7/2021                Jennifer R. Louis-Jeune
   SO ORDERED.                                         *Attorneys for Justin Rivera*

          *Paul A. Engelmayer*
  _____
       PAUL A. ENGELMAYER
      United States District Judge