UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
UNITED STATES OF AMERICA,                                               :
                                                                        :
        -v-                      :          19-CR-131-02 (PAE)
                                                                        :
JUSTIN RIVERA,                                                          :          <u>SCHEDULING ORDER</u>
                                                                        :
                                                                        :
        Defendant.                :
                                                                        :
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

       The Court schedules a telephonic conference in this case for **April 21, 2021** at **9:00 a.m.** The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer. To access the conference, the parties should call 888-363-4749 and use access code 468-4906.

       SO ORDERED.

*[Signature: Paul A. Engelmayer]*

Dated: April 14, 2021
       New York, New York
                                          PAUL A. ENGELMAYER
                                          United States District Judge