UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

JUSTIN RIVEA,

Defendant.

19-CR-131-02 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received the Government's letter of April 19, 2021 (Dkt. No. 748), reporting that, on April 16, 2021, defendant Justin Rivera, using a contraband cellphone, posted a video on Instagram Live. At the outset of the call scheduled for tomorrow, April 21, 2021 at 9:00 a.m., the Court will inquire of the defense whether that fact is disputed. The defense is to be prepared to respond to that inquiry. The Court separately asks Government counsel, in advance of tomorrow's call, to circulate, by email, to the Court's chambers and to defense counsel any accessible footage or screenshots of the Instagram Live broadcast.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: April 20, 2021
       New York, New York