UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                             :
:
-v-                                  :         19-CR-131-02 (PAE)
:
JUSTIN RIVERA,                                            :         SCHEDULING ORDER
:
:
Defendant.             :
:
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

The Court schedules a telephonic conference in this case for **April 26, 2021** at **10:30 a.m.** The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer.  To access the conference, the parties should call 888-363-4749 and use access code 468-4906.

SO ORDERED.

_____
PAUL A. ENGELMAYER
Dated: April 21, 2021
          New York, New York                               United States District Judge