UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                               :
                                                                        :
      -v-                                    :  19-CR-131-02 (PAE)
                                                                        :
JUSTIN RIVERA,                                                          :  SCHEDULING ORDER
                                                                        :
                                                                        :
      Defendant.                             :
                                                                        :
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

      The Court schedules a telephonic conference in this case for today **April 22, 2021** at **1:00 p.m.**, this conference is in addition to the conference scheduled for Monday, 26, 2021. The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer.  To access the conference, the parties should call 888-363-4749 and use access code 468-4906.

      SO ORDERED.

                                                    *Paul A. Engelmayer*

Dated: April 22, 2021                                    PAUL A. ENGELMAYER
       New York, New York                      United States District Judge