**QUIJANO, ENNIS & SIDERIS**
ATTORNEYS AT LAW
40 FULTON STREET
FLOOR 23
NEW YORK, NEW YORK 10038

TELEPHONE: (212) 686-0666
FAX: (212) 686-8690

**Peter Enrique Quijano**
**Nancy Lee Ennis**
**Anna N. Sideris**

April 26, 2021

**By ECF and Email**
Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re: U.S. v. Justin Rivera,
    19 Cr. 131 (PAE)

Dear Judge Engelmayer:

We respectfully write to request that the Court order the MCC to continue providing Justin Rivera with 10 hours of weekly video teleconferences (VTC's) with his attorneys through and including the week beginning on May 10, 2021. I have conferred with AUSA Thomas Burnette and he has indicated that the government does not object to this request.

The Court's current Order regarding Mr. Rivera's weekly VTC's, dated April 7, 2021, expires on April 30, 2021. Mr. Rivera's trial is approaching and the government is turning over additional voluminous 3500 material that we must review with Mr. Rivera and, when necessary, cross reference with Rule 16 discovery. While in-person legal visits at the MCC have begun, they do not allow for enough time to prepare for trial with Mr. Rivera. Your Honor's attention to and consideration of this request are, as always, greatly appreciated.

Respectfully submitted,
/s/
Anna Sideris
Anthony Cecutti
Jennifer R. Louis-Jeune
*Attorneys for Justin Rivera*

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 761.

4/27/2021

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge