UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>JUSTIN RIVERA,<br><br>        Defendant. | 19-CR-131 (PAE)<br><br><u>ORDER</u> |

PAUL A. ENGELMAYER, District Judge:

  The Court has received an *ex parte* letter from counsel for defendant Justin Rivera, stating that counsel seeks, and indeed is required, to withdraw from representing Mr. Rivera on account of recent conduct by Mr. Rivera. For avoidance of doubt, the Court will not adjourn Mr. Rivera's trial, which is scheduled to commence on June 2 and with respect to which Mr. Rivera has recently received highly sensitive 3500 material from the Government. **All deadlines in this case remain in place**, as does the weekly teleconference in this case scheduled for Wednesday, May 12, 2021, at 9 am.

  The Court will, however, urgently schedule an in-person conference to address the matters addressed in the defense letter, which the Court will seek to schedule as early as Wednesday, May 12, or Thursday, May 13. Defense counsel, Mr. Rivera, and Government counsel will be required to attend the conference, although the Court anticipates that portions of the conference will require *ex parte* discussions with the Court and defense only. The Court's deputy will notify counsel as soon as a date has been set for this conference.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: May 10, 2021
 New York, New York