UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

JUSTIN RIVERA,

                      Defendant.

19-CR-131 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

       The Court understands that issues have arisen in the related prosecution of Carl Andrews relating to the retention and use, unauthorized by appointed defense counsel in that case, of an investigator named Manuel Gomez. The Court would welcome a letter from the Government summarizing the relevant history with respect to Mr. Gomez's use in the Andrews case and outlining the options available to this Court should it be determined that Mr. Gomez has similarly been retained, without the authorization of appointed counsel, by or on behalf of defendant Justin Rivera in this case. In the event the Government believes that such a determination would merit the issuance of a court order, the Court would welcome receiving a draft of such an order. To enable the Court to prepare for the emergency in-person conference regarding the defense representation in this case, which the Court has been notified is likely to be held on 2 p.m. on Wednesday, May 12, 2021, the Court directs the Government to file its response by 10 a.m. on Wednesday, May 12, 2021. In the event that aspects of the Government's submission are properly filed on an *ex parte* or on an attorneys' eyes only basis, the Government is at liberty to so redact its submission.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: May 10, 2021
       New York, New York