UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| |
|---|
| UNITED STATES OF AMERICA, <br> -v- <br> JUSTIN RIVERA, <br> Defendant. |

19-CR-131 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court schedules an in-person conference in this case for **May 12, 2021, at 2 p.m.**, to address, *inter alia*, representation issues raised by defense counsel's *ex parte* letter of May 10, 2021. That conference will take place in Courtroom 1305 at the Thurgood Marshall U.S. Courthouse, 40 Centre Street, New York, New York 10007. In advance of the conference, the parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer. For the safety of all involved, the Court requests that members of the public who wish to attend this conference use the following dial in information: call 888-363- 4749 and use access code 468-4906, followed by the pound (#) key. Given the representation issues raised in the defense's recent *ex parte* submission, the Court expects that portions of the conference will require *ex parte* discussions with the Court and defense only, which will not be accessible to either the Government or the public. In light of this conference, the Court cancels the weekly telephonic case-management conference currently scheduled for May 12, 2021, at 9 a.m. The Court will take up, at tomorrow's 2 p.m. conference, the issues that the Court had intended to raise on that call.

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: May 11, 2021
      New York, New York