UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
:
UNITED STATES OF AMERICA, :
:
        -v- : 19-CR-131-02 (PAE)
:
JUSTIN RIVERA, : <u>SCHEDULING ORDER</u>
:
        Defendant. :
:
------------------------------------------------------------------- X

PAUL A. ENGELMAYER, District Judge:

    The Court schedules a pretrial conference in this case for **May 20, 2021** at **11:00 a.m.** in **Coutroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY. The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer. For the safety of all involved, the Court requests that members of the public who wish to attend this conference use the following dial in information to access the conference; call 888-363-4749 and use access code 468-4906.

    SO ORDERED.

                                                                                     *Paul A. Engelmayer*

Dated: May 12, 2021                                                PAUL A. ENGELMAYER
       New York, New York                                  United States District Judge