UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA             :

- against -                          :           **ORDER**
                                                 **19-CR-131-02 (PAE)**

JUSTIN RIVERA                        :

                    Defendant.       :
- - - - - - - - - - - - - - - - - - - - - - - - - -x

Upon the application of Anna N. Sideris, Esquire, for an order authorizing "Real Time" reporting and three "Real time" computer terminals at the Counsel table during the trial of U.S. v. Justin Rivera, 19 Cr. 131 (PAE), which commences on June 2, 2021.

**I T   I S   H E R E B Y   O R D E R E D,** that:

1. "Real Time" transcripts are authorized for the trial of Justin Rivera in U.S. v. Justin Rivera, 19 Cr. 131 (PAE), which commences on Wednesday, June 2, 2021; and,

2. Up to three "Real Time" computer terminals will be at the defense table during the trial of Justin Rivera in U.S. v. Justin Rivera, 19 Cr. 131 (PAE), which commences on Wednesday, June 2, 2021.

DATED:   New York, New York
         May 21  , 2021

                                    _____
                                    PAUL A. ENGELMAYER
                                    United States District Judge