UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA :

- against - :  **ORDER**
  **19-CR-131-02 (PAE)**

JUSTIN RIVERA :

                       Defendant. :
- - - - - - - - - - - - - - - - - - - - - - - - - -x

Upon the application of Anna N. Sideris, Esquire, for an order authorizing daily transcripts during the trial of U.S. v. Justin Rivera, 19 Cr. 131 (PAE), which commences on June 2, 2021.

**I T I S H E R E B Y O R D E R E D,** that:

    1. Daily trial transcripts are authorized for defense counsel to Justin Rivera in U.S. v. Justin Rivera, 19 Cr. 131 (PAE), which commences on Wednesday, June 2, 2021.

DATED:   New York, New York
             May 21, 2021

                                                                                           _____
                                                                             PAUL A. ENGELMAYER
                                                                             United States District Judge