UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

- against -                                          :          **O R D E R**
                                                                   **19-CR-131-02 (PAE)**
JUSTIN RIVERA                             :

                    Defendant.          :
- - - - - - - - - - - - - - - - - - - - - - - - -x

Upon the application of Anna N. Sideris, Esquire, for an order directing the Metropolitan Correction Center of New York to accept civilian clothing for Justin Rivera.

**I T I S  H E R E B Y  O R D E R E D,** that:

1. The Metropolitan Correction Center – New York, at 150 Park Row, New York, New York 10007 must accept the following civilian clothing for Justin Rivera Register number 86815-054, for the purposes of wearing civilian clothing on trial days in U.S. v. Justin Rivera, 19 Cr. 131 (PAE), which commences on Wednesday, June 2, 2021:

    a. Two suits (two suit jackets and two suit pants);
    b. one pair of shoes;
    c. two dress shirts;
    d. two pairs of socks;
    e. two neck ties; and
    f. one belt.

2. Justin Rivera may substitute fresh clothing every week for as long as the trial lasts.

DATED:       New York, New York
                      May 24             , 2021

                                                                      _____
                                                                      PAUL A. ENGELMAYER
                                                                      United States District Judge