UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>JUSTIN RIVERA,<br><br>                  Defendant. | 19-CR-131 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

During conferences held on May 20, 24, and 25, the Court has issued a series of bench rulings resolving all pending motions *in limine* in this case. The Court's bases for these rulings are set out in the transcript of those conferences. The Clerk of Court is respectfully directed to terminate the motions pending at Dkts. 776 and 777.

SO ORDERED.

                                                                PAUL A. ENGELMAYER
                                                                United States District Judge

Dated: May 25, 2021
       New York, New York