UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA, | |
|---|---|
| -v- | 19-CR-131 (PAE) |
| JUSTIN RIVERA, | <u>ORDER</u> |
| Defendant. | |

PAUL A. ENGELMAYER, District Judge:

The Court has reviewed the parties' letters proposing specific leading questions to be put to Victim-2 at trial consistent with the Court's bench ruling yesterday authorizing limited pre-approved questions with respect to Victim-2's knowledge of the prostitution trade and assistance to prostitutes prior to the period of the alleged conspiracy. *See* Dkt. 824 (Government letter); 825 (defense letter). The parties' proposed questions significantly overlap as to the substantive content that they propose to elicit. The Court approves the six questions drafted by the Government as the only questions that either side, or both, may put to Victim-2 at trial with respect to these subjects.

SO ORDERED.

                                                                                      *Paul A. Engelmayer*
                                                                                      PAUL A. ENGELMAYER
                                                                                      United States District Judge

Dated: May 26, 2021
       New York, New York