UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :         **AMENDED ORDER**
                                          **19-CR-131-02 (PAE)**
- against -                     :

JUSTIN RIVERA                   :

                    Defendant.  :
- - - - - - - - - - - - - - - - - - - - - - - - -x

Upon the application of Anna N. Sideris, Esquire, for an order directing the Metropolitan Correction Center of New York to accept civilian clothing for Justin Rivera.

**I T  I S  H E R E B Y  O R D E R E D,** that:

    1. The Metropolitan Correction Center – New York, at 150 Park Row, New York, New York 10007 must accept the following civilian clothing for Justin Rivera Register number 86815-054, for the purposes of wearing civilian clothing on trial days in <u>U.S. v. Justin Rivera</u>, 19 Cr. 131 (PAE), which commences on Wednesday, June 2, 2021:

        a. Two suits (two suit jackets and two suit pants);
        b. one pair of shoes;
        c. two dress shirts;
        d. two pairs of socks;
        e. two neck ties;
        f. one belt; and
        g. two sweaters.

    2. Justin Rivera may substitute fresh clothing every week for as long as the trial lasts.

DATED:    New York, New York
             June 3  , 2021

                                      **HONORABLE PAUL A. ENGELMAYER**
                                      **UNITED STATES DISTRICT JUDGE**