UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
                        :

UNITED STATES OF AMERICA,          :
                        :

        -v-                 :       19-CR-131-02 (PAE)
                        :

JUSTIN RIVERA,                :         ORDER
                        :

               Defendant.    :
                        :

------------------------------------------------------------------ X

PAUL A. ENGELMAYER, District Judge:

Attached to this Order are the following:

- Exhibit 1: The notes sent by the jury during its deliberations; and

- Exhibit 2: The jury's verdict form.

SO ORDERED.

Dated: June 14, 2021
      New York, New York

                                    PAUL A. ENGELMAYER
                                 United States District Judge

**EXHIBIT 1**

#1
Foreperson: Brandon
Juno

*Brandon Juno* (signature)

JURY NOTE 1

**EXHIBIT 2**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

JUSTIN RIVERA,

Defendant.

Verdict Sheet
19-CR-131 (PAE)

*All verdicts must be unanimous.  Please indicate your verdict with a check mark (✓).*

### COUNT ONE:
### Conspiracy to Commit Sex Trafficking

GUILTY _____✓_____          NOT GUILTY _____

After completing the form, each juror must sign below, reflecting his or her agreement with the forgoing verdict.

Foreperson

Dated:   6 - 11 - 21

1