UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

JUSTIN RIVERA,

Defendant.

19-CR-131-02 (PAE)

SCHEDULING ORDER

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record at today's conference, the Court sets the following schedule:

- Any post trial motions shall be filed by **August 2, 2021.**

- Responses to any post trial motions shall be filed by **September 20, 2021.**

- Sentencing is scheduled for **November 9, 2021** at **10:00 a.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: June 14, 2021
       New York, New York