UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -v- | 19-CR-131 (PAE) |
| JUSTIN RIVERA, | ORDER |
| Defendant. | |

PAUL A. ENGELMAYER, District Judge:

The Court has received the Government's letter of December 22, 2021, Dkt. 930, seeking an adjournment of defendant Justin Rivera's sentencing, presently scheduled for January 20, 2022, and the defense's letter of December 27, 2021, Dkt. 931, consenting to such adjournment, albeit for different reasons. The Court grants the unopposed motion and adjourns sentencing until Monday, March 14, 2022, at 9:30 am.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: December 29, 2021
       New York, New York