LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

July 13, 2022

<u>BY ECF</u>
The Honorable Paul A. Engelmayer
United States District Court Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: United States v. Justin Rivera; 19 Cr. 131 (PAE)**

Dear Judge Engelmayer:

As the Court is aware, we represent Justin Rivera. We write, without objection from the Government, to request an adjournment of Mr. Rivera's sentencing, which is presently scheduled for July 27, 2022. The parties are available the week of August 15th or after September 5, 2022.

We still have not yet received a final draft of the presentence report. After conferring with Probation many times and the Government, we were informed that it will be disclosed by July 19, 2022. Upon receipt, we need to review the report and review it with Mr. Rivera. Further, we need to address any unresolved objections and other information from the report in our sentencing submission. Accordingly, an adjournment of Mr. Rivera's sentencing is necessary.

Thank you for your consideration.

Respectfully submitted,

/s/

Anthony Cecutti

**GRANTED.** Sentencing is adjourned to September 7, 2022 at 2:00 p.m. The parties shall serve their sentencing submissions in accordance with this Court's Individual Rules & Practices in Criminal Cases. The Clerk of Court is requested to terminate the motion at Dkt. No. 949.

SO ORDERED.                                              7/13/2022

_____
PAUL A. ENGELMAYER
United States District Judge