LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

August 20, 2022

**BY ECF**
The Honorable Paul A. Engelmayer
United States District Court Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: United States v. Justin Rivera; 19 Cr. 131 (PAE)**

Dear Judge Engelmayer:

  As the Court is aware, we represent Justin Rivera. We write, without objection from the Government, to request an adjournment of Mr. Rivera's sentencing, which is presently scheduled for September 7, 2022. I am presently scheduled to begin a trial before the Honorable Alvin K. Hellerstein on August 29, 2022 in *United States v. Charles Burrill*, 21 Cr. 236 (AKH). After conferring with Chambers, it is the parties' understanding that the Court is available on October 11, 2022 at 11 a.m. to proceed with sentencing. Accordingly, we respectfully request that Mr. Rivera's sentencing be adjourned to such time.

  Thank you for your consideration.

Respectfully submitted,

/s/

Anthony Cecutti

**GRANTED**. The Clerk of Court is requested to terminate the motion at Dkt. No. 959.

8/29/2022

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge