UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                Plaintiff,

-against-

BRANDON BECKER,

                Defendant.

No. 19 CR 704 (LAP)

ORDER

---

LORETTA A. PRESKA, Senior United States District Judge:

    Before the Court is Mr. Schwartz's request that he be permitted to withdraw as counsel to Mr. Becker. (Dkt. no. 138.) Mr. Schwartz, Mr. Becker, and the Government shall appear for a videoconference on Wednesday November 9, 2022, at 12 p.m. Videoconference information will be circulated by Chambers. Listen-only public access will be available using the following information: Dial-in (877) 402-9753; Access code 6545179.

**SO ORDERED.**

Dated:    November 1, 2022
            New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge