

U.S. Department of Justice

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 28, 2023

**BY ECF**
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:   *United States v. Justin Rivera*, 19 Cr. 131 (PAE)

Dear Judge Engelmayer:

The Government respectfully requests that the Court unseal the enclosed portion of the trial transcript, attached to this letter as Exhibit A, from the above-referenced case on the basis that the original need for sealing no longer exists.[1] The Court originally ordered that this portion of the trial transcript be sealed to protect the defendant from unfair prejudice relating to a prior investigation by local law enforcement of a triple homicide and related kidnapping.

Because that investigation was subsequently disclosed in open court, continued sealing is no longer justified. *See, e.g.*, Trial Tr. 904-13 (discussion concerning the triple homicide and kidnapping (attached to this letter as Exhibit B)).

[Intentionally left blank]

---

[1] The Government is submitting the relevant trial transcript under seal, pending the resolution of this request.

Case 1:19-cr-00131-PAE   Document 1008   Filed 10/03/23   Page 2 of 2

Page 2

The Government requested yesterday defense counsels' position regarding this unsealing request, but as of this filing defense counsel has not yet provided their position.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____/s/_____
Thomas S. Burnett
Daniel H. Wolf
Assistant United States Attorneys
(212) 637-1064/2337

cc: Defense counsel (*by ECF*)

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 1005.

10/3/2023

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge