UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

JUSTIN RIVERA,

Defendant.

19-CR-131 (PAE)
25-CV-10823 (PAE)

**ORDER DIRECTING
DEFENDANT'S ATTORNEYS
TO FILE AFFIDAVITS AND
DIRECTING THE
GOVERNMENT TO ANSWER**

PAUL A. ENGELMAYER, District Judge:

WHEREAS defendant Justin Rivera has petitioned for relief from his conviction pursuant to 28 U.S.C. § 2255 on the ground that his trial counsel, Anthony Cecutti, Esq., and his appellate counsel, Peter J. Tomao, provided ineffective assistance of counsel; and

WHEREAS on February 19, 2026, Rivera requested leave to supplement his § 2255 petition; and

WHEREAS the Court, after reviewing Rivera's submission of his informed consent waiver of the attorney-client privilege, Dkt. 1058, his § 2255 petition, Dkt. 1056, and his proposed supplement to it, Dkt. 1060, is satisfied that the testimony of Mr. Cecutti and Mr. Tomao is needed to allow the Government to respond to the motion; and

WHEREAS by filing the petition, Rivera has waived the attorney-client privilege as a matter of law,

IT IS HEREBY ORDERED that

The Court grants Rivera's request to supplement his § 2255 motion with the submission at docket 1060;

Mr. Cecutti and Mr. Tomao shall give sworn testimony, in the form of separate affidavits,

1

addressing in detail the various allegations contained in Rivera's motion and supplement at dockets 1056 and 1060.  Mr. Cecutti and Mr. Tomao may attach pertinent materials as exhibits to their affidavits.

Mr. Cecutti and Mr. Tomao are ORDERED to file their affidavits, and any attached exhibits, on the docket of this case by **March 24, 2026**.

IT IS FURTHER HEREBY ORDERED that the Government shall file its response by **April 21, 2026**.  In addition to addressing Rivera's claims, the Government's response should address whether additional testimony (including from Mr. Cecutti, Mr. Tomao and/or Rivera) and/or discovery (including writings memorializing attorney-client communications) is needed to enable an informed resolution of Rivera's claims.

IT IS FURTHER HEREBY ORDERED that Rivera shall file his response by **May 19, 2026.**

Absent further order, the Court will consider Rivera's petition fully briefed following the filing of Rivera's response.

The Clerk of Court is directed to mail copies of this order to Mr. Cecutti and Mr. Tomao at the addresses listed on the following page, and to Rivera at the address on file.

To assure this order's prompt receipt, the Court further directs Government counsel forthwith to furnish Mr. Cecutti and Mr. Tomao, by email, with a copy of this order, and to file a letter on the docket attesting that such service has been successfully accomplished.

SO ORDERED.

_____
PAUL A. ENGLMAYER
United States District Judge

Dated: February 24, 2026
      New York, New York

2

***By First Class Mail To:***

**Anthony Cecutti, Esq.**
Law Office of Anthony Cecutti
217 Broadway, Suite 707
New York, NY 10007
917-741-1837
Fax: 212-962-5037

**Peter Joseph Tomao, Esq.**
Law Office of Peter J. Tomao
600 Old Country Road, Ste. 328
Garden City, NY 11530
516-877-7015
Fax: 516-877-7016